**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DENNIS KITSOCK, individually and as the beneficiary under the issued policy of insurance, and as Administrator of the Estate of John Kitsock, and the Estate of John Kitsock, | CIVIL ACTION NO. 3:12-cv-1728 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| THE BALTIMORE LIFE INSURANCE COMPANY | |
| Defendant. | |

## ORDER

**NOW**, this 5th day of September, 2012, **IT IS HEREBY ORDERED** that Plaintiff Dennis Kitsock is given leave to file an amended complaint within twenty-one (21) days from the date of this order. If the Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge